UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | * | MDL No. 1431 |
| | * | (MJD) |
| This Document Relates to: | * | |
| | * | |
| JAMES THOMPSON, v. | * | Case No. 02-cv-00163 |
| BAYER CORP., et al. | * | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes **BOB F. WRIGHT, JAMES PARKERSON ROY, AND DONALD R. CRAVINS, JR.** of the law firm of **DOMENGEAUX WRIGHT ROY & EDWARDS, LLC**, and move this Honorable Court to be allowed to withdraw as counsel of record for plaintiff, JAMES THOMPSON, and in support hereof would respectfully show:

**I.**

The undersigned counsel assert that good cause exists for withdrawal in that counsel and Plaintiff, JAMES THOMPSON, have developed fundamental differences of opinion regarding litigation strategies and other issues. The undersigned counsel are prevented from disclosure of the specific nature of such differences by the attorney/client privilege, and thus no further specificity is provided herein. The undersigned counsel will disclose further information for the Court's consideration under seal by way of Supplemental Motion to Withdraw Under Seal should the court determine such additional information necessary.

**II.**

Plaintiff's deposition is currently scheduled to occur May 17, 2006. The undersigned counsel have discussed same with opposing counsel, who have agreed such deposition is cancelled.

**III.**

The last and only known addresses of JAMES THOMPSON are P. O. Box 417, Grand Couteau, LA 70541 and 177 Martin Luther King Drive, Grand Coteau, LA 70541.

**PRAYER**

Wherefore, premises considered, undersigned counsel respectfully request this motion be granted, that James Thompson be allowed a reasonable opportunity, not less than 30 days, to secure new counsel, and during which time no adverse action be taken against Plaintiff, and for such other and further relief to which Plaintiff may be just entitled.

RESPECTFULLY SUBMITTED,

**DOMENGEAUX WRIGHT ROY & EDWARDS**

BY: ______________________________

BOB F. WRIGHT (No. 13691)
JAMES PARKERSON ROY (No. 11511)
DONALD R. CRAVINS, JR. (No. 25631)
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502-3668
Telephone: (337)233-3033
**ATTORNEY FOR PLAINTIFF,**
**JAMES THOMPSON**