**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above pleading has this date been forwarded to all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed in Lafayette, Louisiana, on this 10th day of May, 2006.

______________________________
**BOB F. WRIGHT**