UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | * | MDL No. 1431 |
| | * | (MJD) |
| This Document Relates to: | * | |
| | * | |
| JAMES THOMPSON, v. | * | Case No. 02-cv-00163 |
| BAYER CORP., et al. | * | |

**ORDER**

Considering the foregoing Motion,

IT IS HEREBY ORDERED that BOB F. WRIGHT, JAMES PARKERSON ROY, AND DONALD R. CRAVINS, JR., of the firm of DOMENGEAUX WRIGHT ROY & EDWARDS, LLC be withdrawn as counsel of record for plaintiff, JAMES THOMPSON, in the above captioned and numbered proceeding.

IT IS FURTHER ORDERED that plaintiff, JAMES THOMPSON, be allowed a reasonable opportunity, not less than 30 days, to secure new counsel, and during which time no adverse action be taken against Plaintiff.

Minneapolis, Minnesota, this__________day of AUG 22 2006, 2006.

Michael J. Davis

UNITED STATES DISTRICT JUDGE

SCANNED
AUG 22 2006
U.S. DISTRICT COURT MPLS