**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | : | |
| *James A. Thompson v. Bayer Corp., et al.* | : | Case No. 02-0163 |

**DEFENDANTS BAYER AND GSK'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that defendants Bayer Corporation and SmithKline Beecham Corporation d/b/a GlaxoSmithKline move the Honorable Judge Michael J. Davis, United States District Court, U.S. Courthouse, Suite 14E, 300 South Fourth Street, Minneapolis, Minnesota, under Federal Rule of Civil Procedure 56 to dismiss with prejudice the claims of plaintiff James A. Thompson.

This motion is based upon this notice, the accompanying Memorandum of Points and Authorities, the pleadings, other records on file in this action, all matters of which this Court may take judicial notice, and such further argument and evidence as may be presented at the hearing.

Dated: March 21, 2007

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402-4501
(612) 338-1838

/signature on file/
Susan A. Weber
Tamar B. Kelber
James W. Mizgala
James R.M. Hemmings
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

Peter W. Sipkins (No. 101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Charles P. Blanchard
CHAFFE McCALL LLP
230 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
(504) 585-7000

*Counsel for Bayer Corporation*

/signature on file/
Fred T. Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that true and correct copies of the foregoing Defendants' Motion for Summary Judgment, supporting memorandum, Local Rule 7.1(c) certificate, proposed order, and exhibits were electronically filed and served on March 21, 2007.

David L. Barlett