# Exhibit E

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: [**JAMES THOMPSON**]

## CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114

1. My name is: **Dr. Fernando Alemany**

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $__________.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no such list is attached, I have not testified as an expert in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. [CHECK HERE IF APPLICABLE: ✓ My opinion is based on my examination of the patient.] I understand there may be other records for this patient beyond those which I have reviewed:

a. M S Mjilt (See list of medical records reviewed attache

b. Rhabdomyolysis

5. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

a. Myalgia

b. Rhabdomyolysis

c. ______

6. The grounds for my opinion are as follows:

a. There is a claim of injury as described above in the patient's medical records.

b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

d. The injury described is of new onset with the taking of Baycol.

~~e. The described injury did not grow worse after Baycol was removed.~~ 6/3/04

f. Patient's symptoms have continued to progress

g. ______

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: 6/3/04

NAME: Dr. Fernando Alemany
ADDRESS: 420 West Pinhook
Suite D
Lafayette, LA 70503

## MEDICAL RECORDS REVIEWED BY DR. ALEMANY
## JAMES THOMPSON

1. Our Lady of Lourdes Hospital
2. Doctors Hospital of Opelousas
3. Acadiana Medical Labs
4. Dr. Mark St. Cyr
5. Dr. Randy Daigle
6. Dr. Jeffrey Chen
7. Lafayette General Medical Center
8. Horsemans Benevolent
9. Dr. Donald Reed
10. Drs. Lazaro and Porubsky

**Fernando Alemany MD, FICPS**
**138 Lazaro Blvd., Ste. A, Opelousas, LA 70570**
**420 West Pinhook, Suite D, Lafayette, LA 70503**

**Tel. 337-594-0750** **Fax. 337-594-0752**

**DATE**: May 5, 2004
**PATIENT NAME**: James Thompson
**AGE**: 39
**MEDICAL RECORD#** 9677

Dear Counselor:

In response to your letterof these recent days, I refer you to my dictation of June 25, 2003 where I make note that he had an elevated CPK level in September of 2001 and an elevated liver function tests also. This was while he was taking Baycol. These are the side effects of the baycol Baycol. The elevated CPK level is due to muscle breakdown which was caused by the Baycol.

Sincerely:

Fernando Alemany MD

**Fernando Alemany MD, FICPS**
**138 Lazaro Blvd., Ste. A, Opelousas, LA 70570**
**315 South College, Ste 195 - A, Lafayette, LA 70503**

**Tel. 337-594-0750** **Fax. 337-594-0752**

**DATE**: January 27, 2004
**PATIENT NAME**: Jamrs Thompson
**AGE: 39**
**MEDICAL RECORD#** 9677

To whom it may concern:

The patient named above is under my medical care. I have been treating him since June of 2003. He has rhabdomyolysis, hypertension, muscle spasms. He is taking medications for these conditions. I believe he has not been able to work due to these condition. We hope that in the near future are treatments will provide him with enough relief so that he can return to the workforce. Thank you for your attention to this letter.

Sincerely:

Fernando Alemany MD

FERNANDO ALEMANY MD, FICPS
138 LAZARO BLVD., STE. A
OPELOUSAS, LA 70570

**DATE**: July 23, 2003
**PATIENT NAME**: James Thompson
**AGE**: 39
**MEDICAL RECORD#** 9677

**Allergies**: no known drug allergies

**Medications**: Please see list

**CC**: here for return visit. He said he has getting worse. Now having some dizziness and some cold sweats. Past taking some pain medication to the still not seem to help. His the muscle cramps and pain in the lower extremities has been noted words. Also complaining of some swelling to the hands. .

**PHYSICAL EXAM:**

**Vital Signs**: blood pressure – 130/98, temperature – 97.9, pulse – 70, respirations -- 18, weight -- 170 pounds
**Eyes**: PERRL EOMI; lids/conjunctivae without masses or ulcerations. Fundi normal
**ENT**: No lesions, masses ears or nose. Ear canals & TMs nl. Oropharynx- no exudate.
**Neck**: Symmetric. Trachea midline. No masses. Thyroid- no enlargement or tenderness.
**Respiratory**: Effort nl. Percussion- no dullness or hyperresonance. Auscultation-clear.
**Cardiovascular**: RRR, no murmurs, rubs, or gallop. Normal PMI.
**Abdomen**: bowel sounds positive in all four quadrants, no guarding, soft, no rebound tenderness.
**Rectal**: defferred
**G/U**: No inguinal lymphadenopathy
**Musculoskeletal**: Gait & station nl. No clubbing, cyanosis, or joint inflammation.
**Skin**: No rashes, lesions or ulcers. No indurations or subcutaneous nodules.
**Neurologic**: Cranial nerves II-XII intact. DTRs nl. No sensory deficit by touch or pinprick

**Labs/Studies: none for this visit.**

**MEDICAL DECISION MAKING:**

**A. Clinical Impression**: No. 1 – rhabdomyolysis, No. 2 – Abnormal liver function tests, No. 3 – history of hypertension, No. 4 – history of dyslipidemia,

**B. Treatment and Instructions**: his blood pressure has not respondent as I expected. I will strongly urged him to undergo physical therapy with deep oscillation massage. This may help alleviate his the muscle pain and thereby help to bring down his blood pressure. If this does not work I will add Norvasc on his next return visit. His stress level from the pain is a bit higher than on his last visit, I will consider adding Lexapro to his regiment if physical therapy does not bring any help.

**C. Followup**: 2 – 3 weeks to recheck his blood pressure

**D. Referrals/Consultations**: none at that moment.

SPFS000008jat

FERNANDO ALEMANY MD, FICPS
138 LAZARO BLVD., STE. A
OPELOUSAS, LA 70570

**DATE**: July 3, 2003
**PATIENT NAME**: James Thompson
**AGE**: 39
**MEDICAL RECORD#** 9677

**Allergies**: no known drug allergies

**Medications**: Please see list

**CC**: here for return visit. Still complaining of the muscle pain in the legs, neck and back. He has not taking any pain medications. He also complains of extreme fatigue and depression secondary to his chronic illness.

**PHYSICAL EXAM**:

**Vital Signs**: blood pressure – 142/92, temperature – 98.9, pulse – 74, respirations – 18, weight – 170 pounds
**Eyes**: PERRL EOMI; lids/conjunctivae without masses or ulcerations. Fundi normal
**ENT**: No lesions, masses ears or nose. Ear canals & TMs nl. Oropharynx- no exudate.
**Neck**: Symmetric. Trachea midline. No masses. Thyroid- no enlargement or tenderness.
**Respiratory**: Effort nl. Percussion- no dullness or hyperresonance. Auscultation-clear.
**Cardiovascular**: RRR, no murmurs, rubs, or gallop. Normal PMI.
**Abdomen**: bowel sounds positive in all four quadrants, no guarding, soft, no rebound tenderness.
**Rectal**: defferred
**G/U**: No inguinal lymphadenopathy
**Musculoskeletal**: Gait & station nl. No clubbing, cyanosis, or joint inflammation.
**Skin**: No rashes, lesions or ulcers. No indurations or subcutaneous nodules.
**Neurologic**: Cranial nerves II-XII intact. DTRs nl. No sensory deficit by touch or pinprick

**Labs/Studies: HIV – negative, TSH – 0.79, H. pylori, 0.26, hepatitis B. and C. – negative, SED rate – 5, rheumatoid arthritis – negative, RPR – non reactive, H.H.V.6 – IgG positive, IgM negative, Epstein-Barr – IgG positive, IgM negative, C. M. V. – IgG positive.**

**MEDICAL DECISION MAKING:**

**A. Clinical Impression**: No. 1 – rhabdomyolysis, No. 2 – the liver function tests, No. 3 – history of hypertension, No. 4 – history of dyslipidemia,

**B. Treatment and Instructions:** the present labs do not show any recent infections that could explain his rhabdomyolysis or elevated liver function tests. His blood pressure is elevated and because of his fatty liver and elevated liver enzymes I'll treat his blood pressure by adding Coreg 6.25 mg p.o. BID. I Will recommend physical therapy to see if this can alleviate some of his muscular complaints. .

**C. Followup**: 2 – 3 weeks to recheck his blood pressure

**D. Referrals/Consultations**: none at that moment.

(Alemany MD)

SPFS000009jat

FERNANDO ALEMANY MD, FICPS
138 LAZARO BLVD., STE. A
OPELOUSAS, LA 70570

**DATE:** June 25, 2003
**PATIENT NAME:** James Thompson
**AGE:** 39
**MEDICAL RECORD#** 9677

**Allergies: no known drug allergies**

**Medications:** Please see list

**CC:** rhabdomyolysis, hypertension, high cholesterol

**HPI:** Around 2001 this patient started taking some cholesterol medication. He states that within two or three months of having started this medication he developed pain in his muscle groups, the ones in the arms and legs. He did change physicians and was given some pain medication but he continue taking his cholesterol medication until this was recalled. His liver function tests apparently at that time where elevated and as well as the indexes of muscle breakdown. Ever since then he has been having pain and continues to have elevated muscle enzymes.

**PFH:** mom has high cholesterol, his father has chronic obstructive pulmonary disease.

**PSURH:** none

**PSOCH:** the patient does not smoke or consume any type of tobacco products. Occasional he will drink a red wine glass. He has two tattoos 1 the left arm one on the right chest.

**PMH: hypertension, dyslipidemia, rhabdomyolysis, elevated liver function tests.**

**ROS:**
*Constitutional*: No fevers, has lost some weight
*Eyes*: No change in vision, double vision, or loss of vision
*Ears, Nose, Mouth, Throat*: Denies bleeding, masses, pain, or changes/loss of hearing
*Cardiovascular*: Denies chest pain, chest pressure, palpitations, rapid or irregular heart beat
*Respiratory*: Denies SOB, DOE, PND, or unusual/persistent cough
*Gastrointestinal*: no diarrhea, no nausea, no epigastric pain.
*Genitourinary*: Denies dysuria, hematuria, weak urinary stream, incontinence, or genital lesions
*Musculoskeletal*: pain in his calves and quadriceps and biceps.
*Integumentary*: Denies rash, easy bruisability, masses, or skin lesions
*Neurological*: Denies dizziness, localized weakness, parasthesias, loss of sensation/function, has low back pain
*Psychiatric*: Denies feelings of anxiety, depression, or mood swings
*Endocrine*: Denies unusual weight loss/gain, polyuria, polydipsia, hair loss/gain
*Hematologic/Lymphatic*: Denies unusual bleeding, easy bruisabililty, or skin lumps
*Allergic/Immunologic*: Denies hives or unusual reactions to any medications, foods, animals, or insects

**PHYSICAL EXAM:**

**Vital Signs**: blood pressure – 140/90, temperature – 98.8, pulse – 84, respirations – 18, weight – 170 pounds
**Eyes**: PERRL EOMI; lids/conjunctivae without masses or ulcerations. Fundi normal
**ENT**: No lesions, masses ears or nose. Ear canals & TMs nl. Oropharynx- no exudate.
**Neck**: Symmetric. Trachea midline. No masses. Thyroid- no enlargement or tenderness.
**Respiratory**: Effort nl. Percussion- no dullness or hyperresonance. Auscultation-clear.
**Cardiovascular**: RRR, no murmurs, rubs, or gallop. Normal PMI.
**Abdomen**: bowel sounds positive in all four quadrants, no guarding, soft, no rebound tenderness.
**Rectal**: defferred
**G/U**: No inguinal lymphadenopathy
**Musculoskeletal**: Gait & station nl. No clubbing, cyanosis, or joint inflammation.
**Skin**: No rashes, lesions or ulcers. No indurations or subcutaneous nodules.
**Neurologic**: Cranial nerves II-XII intact. DTRs nl. No sensory deficit by touch or pinprick

**Labs/Studies: September of 2001 – CPK 247 (normal 38 – 174), AST – 59 (normal 0 – 40) ALT – 123 (normal 0 – 40), November of 2001 – CPK 118, AST 40, ALT 79, or July of 2002 – CPK 0099, AST 48, ALT 83, June 19, 2002 – ultrasound of the liver, fatty infiltrates.**

**MEDICAL DECISION MAKING:**

**A. Clinical Impression**: No. 1 – rhabdomyolysis, No. 2 – the liver function tests, No. 3 – history of hypertension, No. 4 – history of dyslipidemia,

**B. Treatment and Instructions**: At this time because of his problems we will seek to find out if he has any other causes for these conditions. We will request a hepatitis panel, we will check his kidney for damage from the muscle breakdown, check HIV status, Epstein-Barr virus, CMV , H. H. V-6, sed rate, we will ask fo a return visit with these labs.

**C. Followup**: to two weeks

**D. Referrals/Consultations**: none at that moment.

Fernando Alemany MD

# Fernando L. Alemany MD, FICPS

138 Lazaro Boulevard, Suite A
Opelousas, Louisiana 70750
Office: 337-594-0750
Fax: 337-594-0752
E Mail: drfalemany@AOL.com


**CERTIFICATION:**

**Puerto Rico Board of Medical Examiners**

**Louisiana State Board of Medical Examiners**

**Fellow of the Interamerican College of Physicians and Surgeons**

**WORK EXPERIENCE:**

2/2000-Present: Private Practice in Internal Medicine
138 Lazaro Blvd. Suite A
Opelousas, Louisiana 70570

8/1999- 6/2001 Emergency Room Physician
LSU-UMC Lafayette
2390 West Congress Ave.
Lafayette, Louisiana 70506

6/1998-present: Sub-Investigator in Medical Oncology
Louisiana State University Medical Center
2390 West Congress Street
Lafayette, Louisiana 70506

1997-1998: Professor of Medical Terminology, Human Physiology and Pharmacology.
Remington College
420 Rue Louie XIV
Lafayette, Louisiana 70502

6/1996 - 1/ 1999: Research Director for
SouthWest Oncology Associates
155 Hospital Drive, Suite 101
Lafayette, Louisiana. 70503

1987-90: Presided Public Coporation for the Economic Development of the City of San German, Puerto Rico.

1984-87: Volunteer at San German Civil Defense Office Assuming Directorship from July 1984 to November 1987.

1980-81: Volunteer Hospital Work, Georgetown University Hospital; Washington, DC

**HOSPITAL AFFILIATIONS:**

**Doctors' Hospital**
3972 I-49 South Service Road
Opelousas, Louisiana 70570
Tel. (337) 948-2100
Status: Active

**Opelousas General Hospital**
539 E. Prudhome Street
Opelousas, Louisiana 70570
Tel. (337) 948-3011
Status: Active

**Lafayette General Medical Center**
1214 Coolidge St.
Lafayette, Louisiana 70503
Tel. (337) 289-7991
Status: Consultant

**Our Lady of Lourdes Regional Medical Center**
611 St. Landry Street
Lafayette, Louisiana 70506
Tel. (337) 289-2000
Status: Consultant

**University Medical Center**
2930 West Congress St.
Lafayette, Louisiana 70506
Tel. (337) 261-6000
Status: Courtesy

**HealthSouth Rehabilitation Hospital of Lafayette**
204 Energy Parkway
Lafayette, Louisiana 70508
Status: Active

**PUBLICATIONS:**

1998: **PERNICIOUS ANEMIA AS A RESULT OF AN HELICOBACTER PYLORI INFECTION.**
Submitted for presentation at the 92nd. Annual Scientific Assembly of the Southern Medical Association; New Orleans, Louisiana

1998: **BENEFITS OF SCREENING FOR H. PYLORI IN PATIENTS UNDERGOING TREATMENT FOR CHRONIC PAIN.**
Submitted for presentation at the 92nd. Annual Scientific Assembly of the Southern Medical Association; New Orleans, Louisiana

1997: **ADVANTAGES OF USING CYTOPROTECTANT DRUGS AS AN ADJUVANT CHEMOTHERAPEUTIC TREATMENT: AN ECONOMIC ANALYSIS.**
Presented at the 91st. Annual Scientific Assembly of the Southern Medical Asociation; Charleston, South Carolina

1996: **ADVANTAGES OF USING CYTOPROTECTANT DRUGS AS AN ADJUVANT CHEMOTHERAPEUTIC TREATMENT: AN ECONOMIC ANALYSIS. Abstract**
Submitted to ACP for Publication on Dec. 1996.

1996: **RIGHT UPPER QUADRANT PAIN DUE TO GALLBLADDER DYSKINESIA.**
Presented at 1996 Research Day
LSU Department of Medicine
New Orleans, Louisiana.

1996: **NONSEMINOMATOUS TESTICULAR GERM CELL TUMOR IN HIV INFECTION.**
Presented at 1996 Research Day
LSU Department of Medicine
New Orleans, Louisiana

**RESEACH PROTOCOLS:**

2000: **Rebetron Compliance Assesment Program**

1999: Rhone-Poulenc Rorer Pharmaceutical Inc. **Neoadjuvant TPF vs. PF Followed by Concomitant Chemoradiotherapy in Locally Advanced Squamous Cell Carcinoma of the Head and Neck.**

1998: Novartis Protocol 10: **A Randomized, Double-Blind, Multicenter Comparative Trial of IV Zoledronate (4mg or 8mg) versus Aredia (90mg), as an adjunt to standard Therapies in the treatment of Multiple Myeloma and Breast Cancer patients with Cancer-Related Bone Lessions.**

1998: Genetics Institute Inc. **rhIL-11 in Chemotherapy induced thrombocytopenia.**

1998: Maxim Pharmaceuticals, Inc. **Maxamine (histamine dihydrochloride) in the treatment of Melanoma.**

1998: Genetics Institute Inc. **MitoExtra chemotherapy for solid tumors.**

1998: Genetics Institute Inc. **RFS 2000 (9-NC) in the treatment of Pancreatic Cancer.**

1998: Vion Pharmaceuticals Inc. **Porfiromycin as a Radiation Sensitizer in Head and Neck Cancer.**

1998: Pfizer Pharmaceuticals Inc. **CJ-11,974 for the control of CAF induced vomiting.**

1998: Agouron Pharmaceuticals, Inc. **Matrix Metalloproteinase inhibitorfor the treatment of Hormone resistant Prostate and Stage III-B and IV Non-Small Cell lung Cancers.**

1998: Glaxo Wellcome Pharmaceuticals **Fuma 3008 Protocol for the treatment of Clon Cancer.**

1998: Core Technologies Inc. **Rectal Morphine Delivery System for the control of pain in Cancer Patients.**

1998: Ortho Biotech Inc. **Procrit therapy for pateints on Chemotherapy.**

1997: Cellpathways Inc. **FGN-1 for the promotion of apoptosis**

**in the Breast Cancer patients after succesfull treatrment of second recurrence.**

1997: Alfacell Inc. **Onconase for the treatment of Malignant Mesothelioma.**

1997: U.S. Bioscience Inc. **Ethyol as adjuvant in the treatment of Stage III-B and IV Non-Small Cell Lung Cancer.**

1997: Glaxo Wellcome Inc. **Double Blind Study of 16, 24 or 32 Milligram dose of Zofran for the control of Emesis due to Cisplatin based Chemotherapy.**

1996: Schering. **Randomized trial of Interferon alpha-2b plus ribavirin for 48 weeks or for 24 weeks versus interferon alpha 2b plus placabo for 48 weeks for treatment of chronic infection with hepatitis C virus.**

RESEARCH WORK:

1996: **"ADVANTAGES OF USING CYTOPROTECTANT DRUGS AS AN ADJUVANT CHEMOTHERAPEUTIC TREATMENT: AN ECONOMIC ANALYSIS."**
LSU Department of Medicine
University Medical Center
Lafayette, Louisiana.

1993: **"Steptokinase versus Anticoagulation Therapy: a Comparative Study."**
San Juan Bautista School of Medicine
Pending for publication at the Journal of the Puerto Rico Medical Asociation.

1992: **"Study on the Health of the Medically Indigent Elderly Population at the Egida del Buen Pastor in Rio Piedras, Puerto Rico."**
San Juan Bautista School of Medicine
Caguas, Puerto Rico

1986: **"Cyanide Derivatives in the Pulp and Seed of the**

**Passion fruit."**
Interamerican University
San German Campus at San German, Puerto Rico

1985: **"Crown Ethers as Chelating Agents for Use in Cancer Chemotherapy."**
Interamerican University
San German Campus at San German, Puerto Rico

1978: **"Amino Acids Composition of the Hermit Crab."**
Student Science Training Program in Marine Biology.
Sponsored by the National Science Foundation at the Interamerican University, San German , Puerto Rico

**PROFESSIONAL ASSOCIATIONS:**

1999: HispanoAmerican Biomedical Association

1998: American College of Sports Medicine

1997: Southern Medical Association

1996: American Academy of General Physicians

1996: International Association for Pain Management

1996: Member of the Puerto Rico Medical Association

1995: American Society of Internal Medicine

1995: Associate of the American College of Physicians

1994: Louisiana State Medical Society

1994: Lafayette Parish Medical Society

1994: Member of University Medical Cernter at Lafayette Hospital Ethics Committee

**RECOGNITIONS:**

2002: ICU Medical Director
Doctors' Hospital
Opelousas, Louisiana

2002: Humanitarian of the Year award
Hepatitis Support group of Lafayette

1999- present: Faculty Presenter for Schering Oncology Biotech on Hepatitis C

1998: American Medical Association Physicians Recognition Award in Continuing Medical Education...
With Commedation for Self Directed Learning
September 1, 1998 - September 1, 2001

1995-96: Member of the Medical Ethics Committee of the Louisiana State University Medical Center, Lafayette, Louisiana

1994: Member of the Task force on AIDS in San Juan, Puerto Rico 1994 Caribbean Nations Annual Meeting.
Delegate for the San Juan Bautista School of Medicine

**Updated:** January 10, 2002

# Exhibit F

**IN RE: BAYCOL LITIGATION**
**MDL No. 1431**

**PLAINTIFF'S FACT SHEET**

Each Plaintiff who used Baycol must complete this Fact Sheet. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You may and should consult with your attorney if you have any questions regarding the completion of this form.

If you are completing the form for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can for that person. You may attach as many sheets of paper as necessary to answer these questions.

## I. Case Information

A. Please state the following for the civil action that you filed:

1. Case caption: James A. Thompson v. Bayer Corporation, et al

2. Civil Action No: (CV 01-2281-LO)

3. Court in which action was originally filed: United States District Court, Western District of Louisiana, Lafayette Division (CV 01-2281-LO); Transferred under CTO No. 1 to MDL Docket No. 1431

4. Name, address, telephone number, fax number and e-mail address of principal attorney representing you:

Bob F. Wright

Domengeaux, Wright, Roy and Edwards
Firm

556 Jefferson Street - Suite 500
Street Address

Lafayette, Louisiana 70501
City, State and Zip Code

(337) 233-3033
Telephone Number

(337) 232-8213
Fax Number



JAT000001jat

Bobw@wrightroy.com
E-mail address

B. If you are completing this Fact Sheet in a representative capacity (on behalf of the estate of a deceased person or a minor), please state:

1. Your name: Not applicable

2. Address:

3. In what capacity are you representing the person?

4. If a court appointed you to act on behalf of the estate of the deceased person or minor, state the court and date of appointment:

5. Your relationship to deceased or represented person:

6. If you represent a decedent's estate, state the date of decedent's death:

The remainder of this Fact Sheet requests information about the person who used the Baycol. If you are completing this Fact Sheet for someone else, please assume that "you" means the person who used Baycol.

## II Personal Information

A. Name: James A. Thompson

B. Have you ever used any other names and, if so, when: Currently - Tony Thompson

C. Current Address: 6243 C Highway 93, Arnaudville, Louisiana

D. How long have you been living at this address? 2 years

E. List any prior addresses during the last ten (10) years and the dates when you lived at those addresses. If you cannot recall all of the details regarding those addresses, please provide as much information as you can. Plauche Little Acres, Carencro, Louisiana

F. Social Security Number: 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

G. Date and place of birth: June 23, 1964; Lafayette, Louisiana

H. Sex: Male X Female ____

I. Marital Status: Divorced

J. If applicable, name of current spouse and date of marriage: Not Applicable

K. If applicable, name of former spouse(s) and date(s) of marriage within the last ten (10) years: Cynthia Louise Weber; married from approximately 1980 - 1986.

L. Name(s) of children and date(s) of birth, if applicable:
Tyler James Thompson Born 3/27/85
Taylor Morgan Thompson Born 8/23/95
Tanner Anthony Thompson Born 6/20/95
Trevor Cole Thompson Born 6/21/96

M. Current employer:

Name: Thompson Real Marbles & Tile, Inc.
Address: 612 East Alexander
Job Duties: Cut and polish marble and granite
Job Title: Master craftsman - Stone work
Dates Employed: 20 years
Full-time or Part-time: Part-time
Name of Supervisor: Self and James V. Thompson (father)

Are you making a claim for lost wages or lost earning capacity? __X__ Yes _____ No

N. Please complete the following information regarding any employers (other than your current employer) that you have had in the last ten (10) years:

1. Name: Same as above
Address: ____________
Job Duties: ____________
Job Title: ____________
Dates Employed: ____________
Full-time or Part-time ____________
Reason for Leaving: ____________
Name of Supervisor: ____________

O. Please provide the following information about your education:

1. High School
Name: Scott Middle School
Address: 116 Mire Road, Scott, Louisiana 70583-4735
Grade completed: 8th
Year graduated: n/a

2. Did you attend school beyond high school? _____ Yes __X__ No

If "yes", please complete the following for each school that you attended after high school:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or Primary field |
|---|---|---|---|---|
| N/A | | | | |

P. Have you used a computer at any time during the past five (5) years?
__X__ Yes _____ No

If "yes," please complete the following:

1. Did you have e-mail? __X__ Yes _____ No

2. Did you have internet access? __X__ Yes _____ No

3. Have you ever visited any website containing information regarding Baycol, statins or the treatment of high cholesterol or high triglycerides?
__X__ Yes _____ No _____ I don't know

4. Have you ever visited any chat rooms where Baycol, statins, or the treatment of high cholesterol or high triglycerides was discussed?
_____ Yes __X__ No _____ I don't know

5. Have you ever communicated via e-mail or chat room about Baycol, statins or the treatment of high cholesterol or high triglycerides?
_____ Yes __X__No _____ I don't know

Q. Has any insurance or other company provided medical coverage to you or paid medical bills on your behalf in the ten (10) years before you took Baycol through the present?

__X__ Yes _____No

If "yes," please complete the following:

| Name of Company | Address |
|---|---|
| HBPA<br>(Horseman's Benevolent Protective Assn) | 3620 NE Evangeline Throughway<br>Carencro, Louisiana 70520 |



JAT000004jat

R. Have you applied for worker's compensation, social security, or state or federal disability benefits in the past ten (10) years?

__X__ Yes _____ No

If "yes," please complete the following for each application. If you cannot recall all of the details regarding such application(s), please provide as much information as you can.

1. Date (or year) of application: March 5, 2001
2. Type of benefits: SSI and Disability
3. Amount awarded: Not yet decided
4. Basis of your claim: Not able to do work like I used to due to pain
5. If denied, reason for denial: I do not know
6. To what agency or company you submitted your application (e.g., Pennsylvania Division of Social Security): SSI in St. Landry Parish, Louisiana

S. Were you ever rejected or discharged from military service for any reason relating to your health or physical condition?

_____ Yes __X__ No

If "yes," then state the reason for the health-related rejection or discharge and when this happened. ______

T. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury, illness or physical harm?

__X__ Yes _____ No

If "yes," please state the court in which the lawsuit was brought and the civil action or docket number assigned to each such claim, action, or lawsuit. If you cannot recall all of the details, please provide as much information as you can. In October of 1994, I stepped into a large, unbarracaded manhole filled with sand on a construction site. I fell and injured my hand and ankle. Represented by Robert Shelton of Lafayette in a lawsuit entitled *James Thompson v. City of Abbeville, et al.* Case settled out of court.

## III. Your Health Care Providers

A. Please provide the following information for each doctor, clinic or healthcare provider that you have seen or who has treated you during the last ten (10) years. If you cannot recall all of the details regarding the healthcare providers that you have seen, please provide as much information as you can.

1. Name: J. Alvin Mayer, M.D.
   Specialty, if any: General Practice
   Address: 3911 Moss Street, Lafayette, LA
   Phone: (337) 233-1447
   Reason(s) for visit(s): check ups, injured hand in 1994-1995
   Medications prescribed or recommended: Acupril; valium

2. Name: Drs. L. Lazaro and Dr.Gary Porubsky
   Specialty, if any: Dr. Lazaro is a hand specialist / general
   Address: 4015 I-49 S Service Rd, Opelousas, LA 70570
   Phone: (337) 942-6503
   Reason(s) for visit(s): injured hand from October 1994 incident
   Medications prescribed or recommended: I do not recall

3. Name: Donald J. Reed, M.D.
   Specialty, if any: Family Practice
   Address: 600 East Gloria Switch Road, Lafayette, LA
   Phone: (337) 235-6211
   Reason(s) for visit(s): Check ups
   Medications prescribed or recommended: Acupril; Xanex 0.5

4. Name: Randy Daigle, M.D.
   Specialty, if any: General Practice - Sunset Medical Center
   Address: 990 Napolean Avenue, Sunset, LA 70584
   Phone: (337) 662-7290
   Reason(s) for visit(s): Check ups for high blood pressure; chest pain; problems with right hand
   Medications prescribed or recommended: Accupril; Xanex 0.5; Norvasc 5 mg.; Lasix; Baycol

5. Name: Mark St. Cyr, M.D.
   Specialty, if any: Internal Medicine
   Address: 307 Martin Luther King, Jr. Drive, Grand Coteau, LA 70514
   Phone: (337) 662-5984
   Reason(s) for visit(s): Check up for blood pressure; muscle aches; pain in elbows, shoulder, chest and neck; lower back pain; headaches; joint pain; numbness in hands, fingers and knees; muscle cramps; edema - feet; fluid retention
   Medications prescribed or recommended: Baycol; Norvasc 10 mg; Xanax; Diovan; Zocor; Loritab

6. Name: Jeffrey Chen, M.D.
Specialty, if any: Cardiologist
Address: 4212 West Congress Street, Lafayette, LA 70503
Phone: (337) 988-8888
Reason(s) for visit(s): Referred by Dr. St. Cyr for chest pains
Medications prescribed or recommended: Norvasc 10 mg; Zocor; Nitrostat

## IV. Your Medical Background

A. Height: 5' 6"

B. Current Weight: 185 lbs.

C. Your Smoking History

1. Never smoked cigarettes

2. Past smoker of cigarettes: __X__
Date on which smoking ceased: At age 20 - in approximately 1984
Amount smoked: __½__ packs per day for __3__ years

3. Current smoker of cigarettes_________
Amount smoked: _____ packs per day for _____ years

4. Have you ever used any other form of tobacco (snuff, dipping, cigars)?
_____ Yes __X__ No _____ I don't know

If "yes," please identify:
A. What form:
B. Dates of use:
C. Amount of use:

D. Alcohol Consumption

On average, how much alcohol do you drink?

_____ None
__X__ 1-5 drinks per week
_____ 6-10 drinks per week
_____ 10 or more drinks per week

E. Please provide the following information for each hospitalization that you have had during the last ten (10) years. If you cannot remember all of the details, please list as much information as you can.

1. Name of hospital: Lafayette General Hospital
   Address: 1211 Coolidge Boulevard, Lafayette, LA 70503
   Phone: (337) 289-8000
   Reason(s) for hospitalization(s): chest pain

2. Name of hospital: Our Lady of Lourdes Regional Medical Center
   Address: 611 Saint Landry Street, Lafayette, LA 70506
   Phone: (337) 289-2000
   Reason(s) for hospitalization(s): Emergency room visit following incident in October of 1994 when I hurt my hands, ankle

F. Please complete the following information for each surgery that you had in the last ten (10) years. If you cannot remember all of the details, please list as much information as you can. **NONE**

1. Name of operation: ____________
   Name of surgeon: ____________
   Address of surgeon: ____________
   Reason for surgery: ____________

G. If you have ever consulted a doctor, clinic or other healthcare provider concerning any kidney condition, illness or disease including kidney failure, polynephritis, nephrosclerosis, kidney stones, proteinuria or hematuria (blood in the urine), please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility: Mark St. Cyr, M.D.
Address: 307 Martin Luther King, Jr. Drive, Grand Coteau, LA 70514
Date: 2000 - 2001
Diagnosis: Unknown
Treatment: Unknown
Medications: Unknown
Did condition resolve? Yes
Current status of condition: None

H. If you have ever consulted a doctor, clinic or other healthcare provider concerning any liver condition, illness or disease including but not limited to hepatitis, cirrhosis or fatty liver, please complete the following. If you cannot remember all of the details, please list as much information as you can. **NONE KNOWN**

Name of doctor or facility: ____________
Address: ____________

Date: __________
Diagnosis: __________
Treatment: __________
Medications: __________
Did condition resolve? __________
Current status of condition: __________

I. If you have ever consulted a doctor, clinic or other healthcare provider about any musculoskeletal condition or disease including muscle pain or weakness, extreme fatigue, myopathy, polymyositis, fibromyalgia, arthritis, tendonitis, or other muscle related concerns or problems, please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility: Mark St. Cyr, M.D.
Address: 307 Martin Luther King, Jr. Drive, Grand Coteau, LA 70514
Date: July 30, 2001
Diagnosis: Rhabdomyolitis
Treatment: Medication
Medications: Loritab and cholestyrmine powder
Did condition resolve? No
Current status of condition: Same

J. Have you had any of the following tests or procedures in the past ten (10) years?

| **Test/Procedure** | **Yes** | **No** | **I don't know** |
|---|---|---|---|
| Creatine kinase (CK)/ Creatine phosphokinase (CPK) | ✓ | | |
| EMG/Nerve conduction Studies | | ✓ | |
| Cystoscopy | | ✓ | |
| Liver biopsy | | ✓ | |
| Other diagnostic test(s) or imaging of the kidneys, liver or muscles | | ✓ | |

If "yes," please complete the following. If you cannot remember all of the details, please list as much information as you can.

a. Type of test: Blood test - CPK
b. Date administered: 9/6/01
c. Reason for test: Muscle and joint pain; pain in both elbows, chest and neck; lower back pain
d. Facility name and address: Acadiana Medical Laboratories, PO 52607, Lafayette, LA

e. Ordering doctor: Dr. Mark St. Cyr
f. Results/diagnosis: CPK 247
g. Treatment: Increased dosage of cholesterol medical; pain medicine and more blood pressure pills

K. Have you been tested for any of the following in the last ten (10) years:

| **Condition** | **Yes** | **No** | **I don't know** |
|---|---|---|---|
| Diabetes | ✓ | | |
| Atherosclerosis | | | ✓ |
| Myocardial infarction/heart attack | | | ✓ |
| Abnormal heart rhythm | | | ✓ |
| Congestive heart failure | | | ✓ |
| Angina | | | ✓ |
| Thyroid disorder | | | ✓ |
| Autoimmune disease | | | ✓ |

If you responded "yes" to any of the above, complete the following information for each condition. If you cannot remember all of the details, please list as much information as you can.

a. Type of condition and date of testing: I was tested for diabetes at one time, but do not recall the date of testing. Results were negative.
Testing doctor: I do not recall
Treatment: None needed

L. Have you ever been diagnosed as having:

| **Condition** | **Yes** | **No** | **I don't know** |
|---|---|---|---|
| High cholesterol | ✓ | | |
| Elevated trigylcerides | ✓ | | |
| Hypertension/high blood pressure | ✓ | | |
| Obesity | | ✓ | |
| Diabetes | | ✓ | |

| Condition | Yes | No | I don't know |
|---|---|---|---|
| Thyroid disorder | | ✓ | |
| Autoimmune disease | | | ✓ |
| Abnormal heart rhythm | | | ✓ |
| Congestive heart failure | | | ✓ |
| Angina | | | ✓ |
| Myocardial infarction | | | ✓ |
| Atherosclerosis | | | ✓ |

If you responded "yes" to any of the above, please complete the following information for each condition. If you cannot remember all of the details, please list as much information as you can.

a. Condition and date of diagnosis: Hypertension / High blood pressure
Name of diagnosing doctor: Dr. Alvin Mayer
Treatment: Medication

b. Condition and date of diagnosis: High Cholesterol, Elevated Trigylcerides
Name of diagnosing doctor: Dr. Randy Daigle and Dr. Mark St. Cyr
Treatment: Medication

## V. Baycol

A. Have you ever taken Baycol? __X__ Yes ______ No

If "yes," then complete the following:

| Dates of Use | Dosage | Prescribed by (name and address) | Dispensing Pharmacy (name and address) |
|---|---|---|---|
| February 5, 2001 to September 4, 2001 | 4 mg. | Dr. Randy Daigle<br>990 Napolean Avenue<br>Sunset, LA 70584<br><br>Samples given by Dr. Mark St. Cyr | Grand Coteau Pharmacy<br>PO 1200<br>Grand Coteau, LA<br><br>Drug Emporium<br>505 Bertrand Lafayette, LA |

B. Were you given any **written** instructions, warnings or other information regarding your use of Baycol?

_____Yes __X__ No _____ I don't know

1. If "yes," when did you receive the information? ____________

2. Who gave you the information? ____________

3. If you no longer have the written information in your possession, please describe the written information that you received to the best of your ability. ____________

C. Were you ever given any **oral** instructions, warnings or other information regarding your use of Baycol?

_____Yes __X__ No _____ I don't know

1. If "yes," when did you receive them? ____________

2. Who gave them to you? ____________

3. Please describe the oral instructions you received to the best of your ability.

____________

D. Please list any prescription or over-the-counter drug, any dietary supplement, vitamin, or herbal remedy that you were taking at the same time you were taking Baycol.

| **Name of Drug** | **Dates Taken** | **Prescribing Doctor** | **Name and Address of Pharmacy Where Obtained** |
|---|---|---|---|
| Norvasc | 10/10/00 - July 2001 | Dr. Randy Daigle | Grand Coteau and Drug Emporium |
| Xanex | July 2000 - present | Dr. Randy Daigle | Grand Coteau and Drug Emporium |
| Diovan | 7/30/01 - present | Dr. Randy Daigle | Thrifty Way |



JAT000012jat

## VI. Physical Injuries, Illness and Damages

A. If you are making a claim for physical injuries or illness from taking Baycol, please describe the following:

1. Nature of physical injuries or illness: Muscle pain, muscle weakness, muscle stiffness or aching, dark/discolored urine, joint pain, weight gain, fatigue, nausea and vomiting; swelling of fingers and hands; pain in fingers, pain in back, shoulder, thighs, arm, elbow and calves

2. The date that you first became aware of the physical injuries or illness: A few months after my initial Baycol use. Approximately May or June of 2001.

3. How you first became aware of the physical injuries or illness: Started feeling the symptoms listed in no. 1 above.

4. Whether those injuries or illnesses are continuing: Yes

Did you see a doctor, clinic or other healthcare provider for the physical injuries or illness listed above?

__X__ Yes ______ No ______ I don't know

If "yes," please complete the following for each healthcare provider:

a. Name: Dr. Mark St. Cyr
b. Address: 307 Martin Luther King, Jr. Drive, Grand Coteau, LA 70514
c. Date of first consultation with that healthcare provider: July 30, 2001
d. Date of last consultation: March 11, 2002
e. Do you plan to continue to consult with that healthcare provider?
__X__Yes ____ No

a. Name: Dr. Jeffrey Chen
b. Address: 4212 West Congress Street, Lafayette, LA 70503
c. Date of first consultation with that healthcare provider: January 23, 2002
d. Date of last consultation: January 23, 2002
e. Do you plan to continue to consult with that healthcare provider?
__X__Yes ____ No

B. Have you had any discussions with any doctor or other healthcare provider about whether Baycol contributed to your physical injuries or illness?

__X__Yes ____ No

If "yes," provide the doctor's or healthcare provider's name and address, and the date of that discussion. Dr. Mark St. Cyr - Approximately September of 2001

C. If you are making claims for out-of-pocket expenses as a result of taking Baycol, please complete the following:

1. For what: Reimbursement for doctor visits and related expenses (past and future); reimbursement for medication (past and future); compensation for lost wages (past and future)

2. Amount of fees or expenses: Undetermined at this time.

3. Person or company paid or to be paid: Undetermined at this time

D. If you are making a claim for emotional distress or psychological injuries, please complete the Supplemental Fact Sheet for Claims of Emotional Distress and Psychological Injuries and Harm.

E. Are there persons (other than those already identified in this Fact Sheet) whom you believe are witnesses to your claimed injuries or damages? If yes, please provide their name(s) and address(es):

1. Tina Noel, 6243 C Highway 93, Arnaudville, Louisiana
2. Parents: James and Drusella Thompson, 612 E. Alexander Street, Lafayette, LA

## VII. Other Medications

Have you taken any of the following medications during the past ten (10) years? If you cannot recall all of the details requested, please provide as much information as you can.

| Drug | Yes | No | Don't know | If yes, date(s) taken and prescribing doctor | Name and address of pharmacy where obtained |
|---|---|---|---|---|---|
| **CHOLESTEROL-LOWERING DRUGS** | | | | | |
| Lescol [Fluvastatin] | | ✓ | | | |
| Lipitor [Atorvastatin] | | ✓ | | | |
| Mevacor [Lovastatin] | | ✓ | | | |

| Drug | Yes | No | Don't know | If yes, date(s) taken and prescribing doctor | Name and address of pharmacy where obtained |
|---|---|---|---|---|---|
| Pravachol [Pravastatin] | | ✓ | | | |
| Zocor [Simvastatin] | ✓ | | | Jan. 2002 - present Dr. Jeffrey Chen | Thrifty Way Pharmacy |
| Niacin [Vitamin B3] | | ✓ | | | |
| LoCholest [Cholestyramine] | | ✓ | | | |
| Questran [Cholestyramine] | ✓ | | | 9/5/01 - January, 2002 Dr. Mark St. Cyr | Grand Coteau Pharmacy and Drug Emporium |
| Prevalite [Cholestyramine] | | ✓ | | | |
| **TRIGLYCERIDE-LOWERING DRUGS** | | | | | |
| Lopid [Gemfibrozil] | | ✓ | | | |
| Tricor [Femofibrate] | | ✓ | | | |
| Bezafibrate | | ✓ | | | |
| Ciprofibrate | | ✓ | | | |
| **ANTI-INFECTIVE DRUGS** | | | | | |
| Diflucan [Fluconazole] | | ✓ | | | |
| Erythrocin & Others [Erythromycin] | | ✓ | | | |
| Flagyl [Metronidazole] | | ✓ | | | |

| Drug | Yes | No | Don't know | If yes, date(s) taken and prescribing doctor | Name and address of pharmacy where obtained |
|---|---|---|---|---|---|
| Nizoral [Ketoconazole] | | ✓ | | | |
| Sporanox [Itraconazole] | | ✓ | | | |
| **IMMUNO-SUPPRESSIVE DRUGS** | | | | | |
| Neoral [Cyclosporine] | | ✓ | | | |
| Sandimmune [Cyclosporine] | | ✓ | | | |
| **OTHER** | | | | | |
| Anticoagulants | | ✓ | | | |
| Heart Drugs | | ✓ | | | |
| Thyroid Medications | | ✓ | | | |
| Other | | ✓ | | | |

**VII. <u>Family History</u>**

A. To the best of your knowledge have any of your children, parents, grandparents or siblings had diabetes, any type of kidney or liver disease, or any type of muscle disorder?

____Yes __X__ No ______ I don't know

B. If "yes," please complete the following:
Relative's name:________________________________________
Relationship to you:______________________________________
Type of health problem:____________________________________
Date and cause of death, if applicable: ______________________________

**IX <u>Documents</u>**

Please provide a copy of all of your documents and things which fall into the categories listed below. This includes documents and things in your personal possession, as well as items being held for you by another person, including your lawyer or any relative.

1. A copy of all medical records (excluding psychiatric or psychological records) from any physician, hospital, clinic, healthcare provider or pharmacy that treated you, or filled your prescriptions, in the last ten (10) years.
**Attached as to the extent of those in my possession.**

2. If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.
**None in my possession**

3. All instructions, product warnings, package inserts, advertising materials, pamphlets, magazine or newspaper articles, internet information, promotional materials, any documents or materials from defendants, or pharmacy handouts that you have regarding Baycol. **None**

4. Copies of the entire packaging, including the bottle, box and label for the Baycol you allege caused you injury and any remaining medication. **Attached is a copy of the prescription bottle of remaining Baycol medication. Original in possession of Domengeaux, Wright, Roy & Edwards.**

5. If you are claiming lost wages or a loss of earning capacity, your federal tax returns for each of the last five (5) years. **None in my possession.**

6. If you claim any loss from medical expenses, copies of all bills for which you are seeking reimbursement from any physician, hospital, pharmacy or other health care provider. **Attached as to the extent of those in my possession**

7. Copies of letters testamentary or letters of administration relating to your status as plaintiff. **Not applicable.**

8. Decedent's death certificate (if applicable). **Not applicable.**

9. All documents of any kind related to other drugs that you took at the same time you were taking Baycol. **None, other than pharmacy records, in my possession**

## X. Authorizations

Complete and sign the attached Authorization for Release of Medical Records (No Psychological Injuries Claimed), and attached Authorization for Release of Employment and Unemployment Records (No Psychological Injuries Claimed).

If you have filed a Workers' Compensation or Social Security disability claim, please complete and sign the attached Authorization for Release of Workers' Compensation and Social Security Records.

## XI. Declaration

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part IX of this Plaintiff's Fact Sheet, as required above.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

5/2/02
Dated

James A Thompson
Signature

IN RE: BAYCOL LITIGATION
MDL No. 1431

**SUPPLEMENTAL FACT SHEET FOR CLAIMS OF EMOTIONAL DISTRESS AND PSYCHOLOGICAL INJURIES AND HARM**

I. Are you making a claim for mental, emotional, psychological or psychiatric injuries or illness from your use of Baycol? __X__ Yes _____ No

II. If you are making a claim for mental, emotional, psychological or psychiatric injuries or illness from your use of Baycol, please provide the following information:

1. Nature of the injury or illness: Depression due to pain.

2. The date you first became aware of this injury or illness: I am not sure of the exact date. The physical pain (muscle aching and joint pain) began approximately 2-3 months after I started using Baycol, and the depression followed that.

3. How you first became aware of this injury or illness: I just did not feel well and ached all over.

4. Whether (and if so, how) this injury or illness has changed over time: My depression has gotten worse over time.

III. If you have seen a doctor, clinic or any other healthcare provider for treatment of this mental, emotional, psychological or psychiatric injury or illness, please provide the following information:

1. Name: **N/A**
2. Address:
3. Date of first consultation with that healthcare provider:
4. Date of last consultation:
5. Do you plan to continue to consult with that healthcare provider? ____Yes ___No

IV. Have you had any discussions with any doctor or other healthcare provider about whether Baycol contributed to your physical injuries or illness?

__X__ Yes _____ No

If "yes," provide the doctor's or healthcare provider's name and address, and the date of that discussion. Dr. Mark St. Cyr; address above

V. If you have experienced or have been treated for any mental, emotional, psychological, or psychiatric condition or problem (including depression) prior to your use of Baycol, please complete the following:

| Condition or Problem for which treated: | Dates of Treatment | Treatment Provider (name and address) |
|---|---|---|
| Anxiety / Tension | Unknown | Dr. Alvin Mayer<br>3911 Moss St., Lafayette |

## VI. Documents

Please provide a copy of all of your documents and things which fall into the categories listed below. This includes documents and things in your personal possession, as well as items being held for you by another person, including your lawyer or any relative.

1. A copy of all psychiatric or psychological medical records from any physician, hospital, clinic, healthcare provider that treated you in the last ten (10) years. **None**

## VII. Authorizations

Complete and sign the attached Authorization for Release of Medical Records (Psychological Injuries Claimed), and attached Authorization for Release of Employment and Unemployment Records (Psychological Injuries Claimed).

If you have filed a Workers' Compensation or Social Security disability claim, please complete and sign the attached Authorization for Release of Workers' Compensation and Social Security Records.

## VIII. Declaration

I declare under penalty of perjury that all of the information provided in this Plaintiff's Supplemental Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part IV of this Plaintiff's Supplemental Fact Sheet, as required above.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

5/3/02
Dated

James A Thompson
Signature