**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | : | |
| *James A. Thompson v. Bayer Corp., et al.* | : | Case No. 02-0163 |

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

THIS MATTER having come before the Court on defendants' Motion for Summary Judgment; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

**IT IS HEREBY ORDERED** that defendants' Motion for Summary Judgment is granted, and plaintiff James A. Thompson's claims are dismissed with prejudice.

DATED: AUG 06 2007

Michael J. Davis
Honorable Judge Michael J. Davis
United States District Court

SCANNED
AUG 07 2007
U.S. DISTRICT COURT MPLS